# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 7, 2025

## NO. 03-24-00360-CV

**1946, LLC, Appellant**

**v.**

**Lakeway Marina Village Condominium Association, Inc., Appellee**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the final judgment signed by the trial court on May 7, 2024. Having reviewed the record, the Court holds that appellant has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.